**EXHIBIT 2**



101 Student Services
0160 Campus Delivery
Fort Collins, Colorado 80523-0160
P: (970) 491-5836 FAX: (970) 491-2690
www.oeo.colostate.edu

# INVESTIGATOR'S REPORT

**TO:**     Complainants: ▓▓▓▓▓▓▓▓▓ Associate Professor, Finance & Real Estate, College of Business; and ▓▓▓▓▓▓▓ Associate Professor, Finance & Real Estate, College of Business (Miao to receive redacted version only)

Respondent: Dean Beth Walker, College of Business

**FROM:**   Katherine Castaneda, Assistant Director for Complaints and Disabilities, Interim Director of the Office of Equal Opportunity

**DATE:**   **November 7, 2022**

## I.    Investigator's Charge

On March 20, 2022, the Office of Equal Opportunity (OEO) received a formal complaint filed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. In addition to this formal complaint, ▓▓▓▓▓▓ filed a joint complaint with Dr. ▓▓▓▓▓▓▓ (▓▓▓▓) based on alleged biased treatment through decisions made within the administration of faculty compensation and the lack of inclusion in communication. The complaint[1] was accepted by the OEO with investigation into the allegations completed under Colorado State University's (CSU) Discrimination and Harassment Policy (Policy), naming Dean Beth Walker, (Walker), as respondent. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**EXHIBIT 2**

█████████. Katherine Castaneda, Assistant Director for Complaints and Disabilities was appointed as investigator.

## II.    Relevant University Policy Provision

Colorado State University is committed to providing an environment that is free from discrimination and harassment based on race, age, creed, color, religion, national origin or ancestry, sex, gender, disability, veteran status, genetic information, sexual orientation, gender identity or expression, or pregnancy and will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. Such an environment is necessary to a healthy learning, working, and living atmosphere because discrimination and harassment undermine human dignity and the positive connections among all people at our university. Acts of discrimination and harassment will be addressed consistent with this policy.

Colorado State University will employ the preponderance of the evidence standard.

The CSU Discrimination and Harassment Policy (*last revised August 13, 2020*) provides in relevant part the following:

## IV. Definitions

**Discrimination** is conduct that is based upon an individual's race, age, creed, color, religion, national origin or ancestry, sex, gender, disability, veteran status, genetic information, sexual orientation, gender identity or expression, or pregnancy that (a) excludes an individual from participation in, (b) denies the individual the benefits of, (c) treats the individual differently from others in, or (d) otherwise adversely affects a term or condition of an individual's employment, education, living environment or university program or activity. It is unlawful discrimination for an employer to refuse to hire, to discharge, to promote or demote, to harass during the course of employment, or to discriminate in matters of compensation, terms, conditions, or privileges of employment against any person otherwise qualified because of any of the listed protected identities. Consistent with state and federal law, this includes failing to provide reasonable accommodations to persons with disabilities or to accommodate religious practices.

## III.    Interviews and Document Review

Pursuant to this complaint, I spoke with the following individuals:

1. Dr. ████████████████████████ Associate Professor, Department of Finance & Real Estate, College of Business
2. Dr. ████████████████ Associate Professor, Department of Finance & Real Estate, College of Business
3. Dr. Beth Walker, (Walker), Respondent, Dean, College of Business
4. Chelsey Lane, (Lane), Human Resources Manager, College of Business

**EXHIBIT 2**



5. Dr. ███████████████████████, Department of Finance & Real Estate, College of Business
6. Dr. ███████████████████ Assistant Professor, Department of Finance & Real Estate, College of Business
7. Dr. Ken Manning, (Manning), Sr. Associate Dean, College of Business
8. Dr. Hilla Skiba, (Skiba), Department Chair, Associate Professor, Department of Finance & Real Estate, College of Business

Some procedural information was gathered by the investigator from the Office of Institutional Research, Planning and Effectiveness and the Office of the Provost regarding salary and dual career resource as part of the research component of the investigation but not as a witness to the complainants' allegations.

In addition, a variety of documents were reviewed including:

Memo to Biases at COB_OEO; Memo on Bias of Salary Inequality to Minority at COB; Memo on Violations Favoritism and Unfairness at COB; College of Business Code, Amended April 26, 2019; Code of the Department of Finance & Real Estate, Revised May xx, 2019, Last revisions documented, March 10, 2011; FRE Spousal Accommodation Survey Results 12.7.2021; Admin Multi Position Report Dated August 25, 2020; 4-Digit Multi-Discipline Report Dated August 25, 2020, Data Effective November 1, 2019; Written response from Dean Walker to include Exhibit 1-1 through Exhibit 1-57; Exhibit 2-1 through Exhibit 2-8; Exhibit 3-1 through Exhibit 3-4; Exhibit 4-1 through Exhibit 4-9; among other associated and applicable documents.

## IV.    Analysis and Findings

### A.  Allegations



allege unequal pay and bias against tenured minority (Asian) faculty members within the College of Business (COB) and specifically that they are consistently underpaid given rank, performance, contribution, and market value. ██████████ also allege that as minority ████ faculty members, they have experienced unfair treatment in terms of who is considered a favored member of the COB citing that favored people (insiders) are always white faculties and non-favored people (outsiders) are minority faculty. This formal complaint has been filed directly against Dean Beth Walker (Walker).

During the duration of the investigation, ██████ communicated directly with the investigator regarding concerns of "soft retaliation."[2] Dr. ████ alleged the soft retaliation was evident through decisions made regarding ██████████████ as well as in decisions made by the department and college to recruit a tenure track position

---

[2] CSU policy does not distinguish between "soft retaliation" and retaliation.

**EXHIBIT 2**

at an associate or full professor level, which consequently would prevent candidates meeting the assistant professor level from applying to the opportunity.

## B. Background

Dr. ██████████ is an Associate Professor within the Finance and Real Estate (FRE) Department for the College of Business (COB) within Colorado State University (CSU). ████ has been employed with CSU since August 2011.

Dr. ██████████ is an Associate Professor within the FRE Department for the COB within CSU. ████ has been employed with CSU since August 2008.

Dr. Beth Walker serves as Dean for the COB and has been in this role since July 2015 when arriving first arriving to CSU.

██████████ report to the Department Chair for FRE. Dr. Hilla Skiba (Skiba) was the department chair when the formal complaint was filed within OEO. A new department chair, Dr. Costanza Meneghetti (Meneghetti), started in FRE in the summer of 2022. The Department Chair reports to the Senior Associate Dean for the College of Business, occupied by Dr. Ken Manning (Manning), who then reports to Walker, the Dean of the College.

## C. Analysis and Findings





4

**EXHIBIT 2**



**EXHIBIT 2**



**EXHIBIT 2**



**EXHIBIT 2**



**EXHIBIT 2**



### *Administration of Faculty Salary*

[redacted] allege they are consistently underpaid given their rank, performance, contribution, and market value on the basis of race and/or national origin. They mention the concept of being left behind as compared to recent new hires and salary adjustments for other faculty members in the department. [redacted] cite they are paid below the median salary of the same rank of faculty members within the department and cite they are both lower than the 25th percentile of the same rank of colleagues in peer institutions identified by CSU.



In a review of current rates of pay for tenure track faculty members in the FRE department, the following reflects the current minimum, maximum, median and average annual salary for all tenure-track, 9-month contract faculty in FRE (a total of 13 incumbents including the department chair at the time of the review) prior to the July 1, 2022, increase:

| Min: | $ | 147,275 |
|------|---|---------|
| Max: | $ | 271,316 |
| Median: | $ | 195,494 |
| Average: | $ | 192,957 |

associate professors offers the following comparison of 7 incumbents (including the current department chair at the time of the review):

| Min: | $ | 147,275 |
|------|---|---------|
| Max: | $ | 216,300 |

**EXHIBIT 2**

| Median: | $ | 186,511 |
|---|---|---|
| Average: | $ | 183,734 |

When reviewing the annual salary of all tenure-track professors, ████████████ are the fourth and fifth lowest paid among the 13 incumbents reviewed. Those who are paid less than ████████████ include three incumbents, all identifying as white, two male and one female, each with rank in years of 18-28 years of experience. Assistant Professors in FRE are earning, on average, $195,888.00 annually, with years of experience ranging from 1-5 years.

In interviews, when discussing the approach to salary administration by the COB takes, consistent information was shared describing the overall challenges in maintaining a level of competitiveness with salary. Walker shared there are concerns with compression[6] and inversion[7] of salary among faculty. Walker and others interviewed shared the similar present dynamic, the market drives offer amounts to new candidates. This becomes challenging for existing faculty to maintain a competitive level of salary in comparison. Walker shared that when she arrived at CSU's COB as the dean, she and the leadership team identified Accounting and FRE as the two departments in need of attention for salary adjustments. In a document from April 2016, provided by Walker in response to the written complaint, titled *College of Business - Addressing Salary Gaps – Departments of Finance and Accounting*, leadership within the COB have acknowledged FRE as one of the largest and fastest growing concentrations. This 11-page document provides an example of the units of measurement leadership within the COB are tracking to make informed decisions of when, where, and how to utilize resources. Examples of data include analysis of faculty headcount, student headcount, student credit hours, and reviewing the trends of those with a minor and those without a minor declared. The analysis in this document also highlights "Finance and Accounting salaries are far below CSU university peers, according to data in Institutional Research. The salary picture is even more bleak when comparisons using the most recent salary data from AASCB are used." The document compares salary of CSU faculty in FRE and Accounting to peers within CSU, it reflected in 2016 that FRE and Accounting were above faculty peers within CSU (on average).

The issues identified in the 2016 review appear to remain to this day. In an interview with Institutional Research for CSU, the struggle of maintaining market competitiveness in the recruitment of new talent combats the universities' ability to keep existing faculty salaries increasing at a comparable and competitive level. Institutional Research conducts an

---

[6] Compression according to the Society for Human Resources Management (SHRM) is defined as "occurring when the pay of one or more employees is very close to the pay of more-experienced employees in the same job, or even those in higher-level jobs, including managerial positions. Often, it is the result of a market rate for a given job surpassing the increases historically awarded to long-term employees."

[7] Inversion or salary inversion is described in SHRM article, "Put a Lid on Salary Compression Before It Boils Over" by Jim Kochanski and Yelena Stiles, July 2013, as a situation "where newer staff make more than experienced staff" and "it could create a pay equity problem if the experienced staff are a protected class".

**EXHIBIT 2**

analysis of compensation for faculty university wide and includes participation in survey data of public R1[8] institutes. CSU's Institutional Research expressed the dynamic that while FRE may be paid above average compared to faculty within CSU, the struggle is significant when comparing to other R1 institutes. Institutional Research leads the analysis to determine if an inequity is present within a group of faculty members. Considering factors such as time in rank, Institutional Research develops a regression and "if the residual between what they currently earn and what we expect to see is +/-20%" a request is submitted to the department to learn more about and document the reason for the difference. In this exercise, neither ▉▉▉▉▉▉▉▉ have been identified as being out of the bounds of what salary amount has been expected.

Along with the evaluation and analysis of pay internally and compared to other peer institutions, there are methods for requesting additional adjustments for individuals. This request typically happens in the spring for a July 1 implementation. For significant changes to a position, there may be opportunity to request an adjustment outside of the routine timeframe. As part of the review, the investigator requested documentation of the requests made for faculty in Accounting, Marketing and FRE from 2016 through 2022. The information provided yielded 25 requests, 19 of which were faculty in tenure-track positions. Of the 19 requests for faculty, 8 requests were specific to faculty within FRE. ▉▉▉▉ received a 7% increase in 2018 and ▉▉▉▉ a 5% increase in 2020. The average percentage of increase was 7% in the timeframe reviewed. ▉▉▉▉ also received an off cycle increase in 2019 of $7,500.00. Notably, the other professors that are paid less than ▉▉▉▉▉▉▉▉, also received a request for an increase ranging from 6-8% in 2018 and 2019. ▉▉▉▉▉▉▉, in their written complaint, pointed to favoritism occurring within Marketing and Management due to the Walker and Manning being of the Marketing field, however, this connection is not within the purview of investigator as it does not have a direct tie with protected identity. However, it may be helpful to note, of the 25 adjustments requested, only 3 were for individuals in Marketing (average increase 3.67%) and 6 were from Management (average increase 7%).

In review of the administration of salary, it is evident that pay for existing faculty is a concern to faculty within FRE as well as the COB as a whole and CSU on the larger scale. The investigator learned the primary factors considered when determining pay for new faculty involves an evaluation of the current market pay and the record or potential for research activity. Factors such as h-index or Google citations, can serve useful as they measure impact, but it is one of many factors evaluated as described by both Walker and Manning.

Walker is aware of the difficulties in maintaining a level of competitiveness and as a result, the COB has taken steps to offer and track supplemental compensation such as ways to recognize and fund research efforts. Additionally, Walker identifies that addressing salary gaps is contingent upon available funding within the COB and CSU

---

[8] Carnegie Classification of Institutions of Higher Education - R1: Doctoral Universities – Very high research activity. CSU is classified as an R1 institution.

**EXHIBIT 2**

and efforts are reviewed and made as budget allows. ███████████ cite that Skiba and the chair for the department of Marketing received large increases in pay in 2021, receiving upwards of 8% or 14% increases; however, the investigator verified this perceived increase was due to their supplemental pay being processed differently within the pay system. A change that would add supplemental pay into their base pay for the time that they hold their role as chair. Overall, the unfortunate take-away from many interviewed involves the opinion that an individual would need to receive a competitive offer elsewhere in order to receive more competitive compensation.

### *Communication and the Concept of Insiders versus Outsiders*

███████████ assert that there are favored people in the department and that those who are favored, are white faculty and are considered "insiders". They allege that the insiders are those who receive information inter-departmental affairs, such as activity and details surrounding personnel issues, whereas the "outsiders" are non-favored and minority faculty.

During the investigation, the investigator learned the concept of "insiders" and "outsiders" is focused on who is research active and who is less active in research. The division is further defined by those who are considered as having had success publishing in top tiered journals in the field of study. The investigator learned that since 2015, the emphasis on research has evolved with new leadership of the college. Furthermore, a witness described to the investigator that "the transition did not help in a way where people thought it had been done differently but it just evolved into this concept of publishing in top level journals. There is more emphasis on quality and is reflective in those that have been hired". The shift from a focus on the quantity of publications allows for less publications to occur but a focus on publication in top tiered journals. A witness described that the focus on publishing in top tier journals is not uncommon or unrealistic for faculty at CSU to achieve. The division between the two groups, as described by a witness, were identified as those who have been employed prior to 2015 as compared as those who have been hired after or who have modified their behaviors in research activity based on the newer expectations in research product.

Those interviewed reported knowing of an expectation for faculty to publish in top tier publications. Numerous interviewees described publishing in top tier publications as challenging and something that can take a long period of time to reach success. The COB offers multiple resources for faculty to receive research funding. In a review of information outlining Summer Enterprise Research Program (SERP) and Business for a Better World (B4BW) Funding from 2016-2022, ████ received a total of $65,500.00 making him the third highest recipient of 36 individuals listed ████ has received a total of $47,000.00 bringing him in a tie with one other individual for the 9th highest recipient.

The complaint from ███████████ originally cited an example of those who are favored as those who participate in conversation about confidential personnel issues. In review of this claim, the topic of who was considered an effective researcher and publisher was the focus. Both ███████████ were described by witnesses as active

**EXHIBIT 2**

researchers. ███ has also been working on a research piece with Walker and one other individual outside of CSU. ███ noted that in this research work, he has not experienced much active involvement from Walker whereas Walker sees the purpose of inviting ███ to the effort as a mentorship role. Walker shared that, as Dean, availability for active participation in some research is limited. This is an example of a communication gap. ███ and Walker are approaching the work of this research effort from differing perspectives and expectations of their own roles.

Considering the topic of individuals who are favored over others in research, there are two individuals who were described by some witnesses as fairly inactive in their research. The two individuals are not ████████. What was evident to the investigator, the dynamic of a faculty member was described similar to an independent contractor, in terms of how the faculty member is able to make decisions of how they spend their day researching or completing service time. In the observation of the investigator, it seems as though this independence can have an opportunity to stifle the flow of feedback from leadership to the faculty member. For example, ███ was described by witnesses as active in research but observations of performance in service was described as ███ being less present. ███ was described by witnesses as very active in research but often producing many publications in journals that are not considered among those in the top tier. For a faculty member to maintain a solid understanding of their own performance, this requires a department chair and leadership to provide this work-related feedback to an individual. ███ had cited along the course of this investigation, that he was not content with the feedback in his most recent performance evaluation as the language was largely recycled from the years prior. An effective evaluation should be written to the person for the timeframe evaluated and should be based on observable behaviors and examples of work product. In addition to the written evaluation, there should be information and feedback provided to faculty throughout the course of an evaluation year. Enhanced, specific, feedback will allow for faculty to know where they stand regarding expectations of their teaching performance, service time, and research activity. Considering the information gathered in this investigation and observations made, communication between immediate parties of this complaint and the role of the department chair, will need to make concerted efforts to proactively improve communication and increase understanding of expectations.



**EXHIBIT 2**



**EXHIBIT 2**



**EXHIBIT 2**



*Retaliation*

expressed that he anticipated pre-selection of the department chair position and so applied for the position with the expectation that he would not be selected. Additionally, they alleged that Meneghetti was pre-selected due to having heard a conversation about it and seeing that in the Spring 2022, Meneghetti was only scheduled for one course in the Fall 2022, which typically occurs for the load of the department chair. Lastly, they both cited concerns with a non-tenure track instructor posting and a tenure-track posting for an Associate or Full Professor. This tenure-track posting would have made Hu ineligible to apply as it was not open to those who would qualify as an Assistant professor.

As was discussed in the conversations with ▮▮▮▮▮▮▮▮ retaliation includes,

16

**EXHIBIT 2**

> "any materially adverse action taken against a Reporter because they have
> participated or may participate in a protected activity such as making a
> complaint or report; serving as a witness; assisting in an investigation,
> grievance procedure, hearing, or related activity concerning an unlawful
> practice or violation of University policy; or opposing a discriminatory
> practice. For there to be retaliation, there must be a causal connection
> between the protected activity and the materially adverse action."

Examples of materially adverse action can include, but are note limited to,

> "unwarranted reprimands or negative evaluations; denial of promotion;
> refusal to hire; denial of job benefits; demotion, suspension and discharge;
> harassment, violence, or bullying; denial of committee assignments or
> professional development opportunities that could lead to further career
> advancement; and threats of any of these."

Considering this definition, the investigator inquired about the department chair search
and learned Meneghetti had been scheduled for two sections of 1471 and 1475. One of
the classes was blocked from students having the ability to enroll. This was coordinated
by Skiba in anticipation of the search outcome because at the time, Meneghetti was the
only applicant for the department chair position. Skiba stated that had she known ███
was applying as well, she would have organized his Fall 2022 schedule similarly. Skiba
shared that she learned ███ was applying after the timeframe available to have made
this change to enrollment options for ███████ participated in the search as a candidate
for the department chair position. He was not selected. The process of the search was
questioned by ████ who participated on the search committee. ████ further engaged
with the EO Coordinator for the search and ████ cited his concerns about the process.
The evaluation and communication of the search process occurred outside of the scope of
this investigation.

Lastly, the job posting related to the non-tenure track instructor position has no bearing or
impact to ██████████. The tenure-track posting, also bears no direct impact to ████
or ████ but can appear to be connected to the dual career request. Upon inquiry, COB
administration described this decision as related to the business need of including more
experienced faculty members instead of hiring at the assistant level. Both ██████████
have submitted their applications for promotion to Full Professor and currently the
department does not have enough full professors to form a committee. The third full
professor in the department has a focus on business law and due to his seemingly
unrelated focus to Finance and Real Estate, recused himself of the ability to vote. In
verifying with the OEO search team, there has been a preference to post positions that are
not open rank positions as it becomes difficult to compare an assistant professor
candidate within the same pool as a candidate who qualifies for associate or full
professor. Based on evidence presented, information tied to the decision is related to
business need and not protected identity or retaliation.

17

**EXHIBIT 2**

The investigator does not find support that there has been materially adverse action taken against either ▇▇▇▇▇▇▇ .

### D. Conclusion

Overall, the investigator concludes that there are real communication and trust issues present but not discrimination tied to protected identity. For ▇▇▇, the main topics under his complaint were salary equity concerns and the perception of being excluded from communication. ▇▇▇ would later comment that it may be difficult to substantiate discrimination on those topics but that he felt he needed to support ▇▇▇ in the dual career request.





Walker, as the Dean, is the leader of the COB and ultimately is a decision-maker, especially for the requests that reach her level. There can be a perception from Walker that the decision-maker is a lower level than the dean and therefore removes Walker from many of the daily operational decisions. As a leader, the dean has a responsibility to intervene and display leadership. It is clear that ▇▇▇▇▇▇▇ hold a different opinion on how successful Walker has been in these efforts as compared to how she and other leaders view her contributions. Walker has displayed an interest in making informed decisions using data and implementation of college policy or procedure. These supporting documents show that decisions are made through an informed manner unrelated to potential for bias.

### V.     Findings

Pursuant to the Policy, discrimination "is conduct that is based upon an individual's race, age, creed, color, religion, national origin or ancestry, sex, gender, disability, veteran status, genetic information, sexual orientation, gender identity or expression, or pregnancy that (a) excludes an individual from participation in, (b) denies the individual the benefits of, (c) treats the individual differently from others in, or (d) otherwise adversely affects a term or condition of an individual's employment, education, living environment or university program or activity. It is unlawful discrimination for an employer to refuse to hire, to discharge, to promote or demote, to harass during the course of employment, or to discriminate in matters of compensation, terms, conditions, or privileges of employment against any person otherwise qualified because of any of the listed protected identities. Consistent with state and federal law, this includes failing to provide reasonable accommodations to persons with disabilities or to accommodate religious practices."

**EXHIBIT 2**

Based upon the preponderance of the evidence, I find the allegations of race
discrimination as follows:



Specific to salary equity focusing on the salary for ▮▮▮▮▮▮▮▮▮, the investigator finds
no evidence that race or national origin is a factor in decisions related to salary in the
College of Business. COB administration has identified and documented its challenges
with salary competitiveness and compression. However, ▮▮▮▮▮▮▮▮ allegations
that their compensation is either based on or correlated with their race or national origin
are not supported by departmental compensation data.

Regarding ▮▮▮▮▮▮▮'s allegations that "insiders"—consisting of white faculty—
receive more and better communication compared to "outsiders"—consisting of faculty
who are non-white, the investigator finds these allegations to be unsubstantiated. The
evolution of this claim focused on productivity in research and tended to suggest that
▮▮▮▮▮▮▮▮ both have a reputation of being active in research. Over the years,
emphasis being placed on publishing in top tier publications is the priority which requires
them to shift from the quantity to quality and focusing on those top journals.