**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-2603

JOHN ELDER, an Individual,

       Plaintiff,

v.

COLORADO STATE UNIVERSITY, a public university in Colorado,

       Defendant.

---

**SUMMONS IN A CIVIL ACTION**

---

    To:  Colorado State University
        01 Administrative Building
        0006 Campus Delivery
        Fort Collins, CO 80523-0006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 102 of the Federal Rules of Civil Procedure. The Answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Glenn D. Germany, Esq.
    Robinson & Henry, P.C.
    8000 S. Chester Street, Ste. 125
    Centennial, CO 80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF THE COURT

Date: _____

_____

Signature of Clerk or Deputy Clerk